## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Catherine Mae Koons<br>      fka Catherine Palsgrove Koons<br><br>**Debtor** | BK NO. 19-00768 RNO<br><br>Chapter 7 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of M&T BANK and index same on the master mailing list.

                                            Respectfully submitted,

                                            **/s/ James C. Warmbrodt, Esquire**
                                            James C. Warmbrodt, Esquire
                                            KML Law Group, P.C.
                                            BNY Mellon Independence Center
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA  19106
                                            215-627-1322